UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CARLOS MATHEUS INCLAN
MARTINEZ,

       Petitioner,

   v.                           Case No.:  2:26-cv-01857-SPC-NPM

WARDEN, FLORIDA SOFT SIDE
SOUTH *et al.*,

       Respondents,

                                     /

## **OPINION AND ORDER**

Before the Court are Carlos Matheus Inclan Martinez's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 15).

Inclan Martinez filed his petition in the Miami Division of U.S. District Court for the Southern District of Florida.  The Miami court transferred the case here because Inclan Martinez challenged his detention at Florida Soft Side South ("Alligator Alcatraz"), which is located in the Middle District of Florida.  (Doc. 5).  This Court ordered the government to "respond to all allegations, grounds, and arguments asserted in the petition and show cause why it should not be granted."  (Doc. 11).  The government's response argues the Court should dismiss the petition or transfer it to the Eastern District of California, but it does not contest any allegation, ground, or argument in the petition.  The Court must now "summarily hear and determine the facts, and

dispose of the matter as law and justice require." 28 U.S.C. § 2243; *see also Aziz v. Leferve*, 830 F.2d 184, 187 (11th Cir. 1987).

Inclan Martinez is a noncitizen who has lived in the United States since 2022. He has complied with all immigration requirements, and he has never been charged or convicted of any crime. On December 31, 2025, Inclan Martinez was arrested during a traffic stop without explanation, a warrant, or probable cause that he committed any crime. He was transferred to Alligator Alcatraz on March 6, 2026. Immigration and Customs Enforcement ("ICE") has not provided Inclan Martinez any explanation for his detention or an opportunity to contest it. Inclan Martinez argues his arrest and detention violate the Fourth and Fifth Amendments.

The government argues this action should be dismissed or transferred to the Eastern District of California because ICE transferred Inclan Martinez to the Mesa Verde Processing Center in Bakersfield, California on April 27, 2026, two days before the petition was docketed. But the government fails to properly account for the prison mailbox rule, which applies "to anyone confined in an institution, whether civilly or criminally." *Boatman v. Berreto*, 938 F.3d 1275, 1277 (11th Cir. 2019) (cleaned up). Inclan Martinez's petition is signed and dated April 23, 2026. "Absent evidence to the contrary, that is the presumptive filing date." *Daniels v. United States*, 809 F.3d 588, 589 (11th Cir.

2015).  Inclan Martinez was detained in this district on April 23, 2026, so this is the proper venue for his habeas petition.

The Court turns to the merits.  The Fifth Amendment guarantees that "[n]o person shall be…deprived of life, liberty, or property, without due process of law[.]"  U.S. Const. amend. V.  The clause "applies to all 'persons' within the United States, including aliens, whether their presence here is lawful, unlawful, temporary, or permanent."  *Zadvydas v. Davis*, 533 U.S. 678, 693 (2001).  It is thus "well established that the Fifth Amendment entitles aliens to due process of law in deportation proceedings."  *Reno v. Flores*, 507 U.S. 292, 306 (1993).  ICE's detention of Inclan Martinez without notice of the reason or an opportunity to be heard—that is, without any process whatsoever—clearly violates his Fifth Amendment right to due process.

Accordingly, it is hereby **ORDERED**:

Carlos Matheus Inclan Martinez's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

(1)     The respondents shall release Inclan Martinez within **24 hours** of this Order and give him telephone access so he can arrange transportation from the facility.

(2)     The respondents shall file a status report within **48 hours** of this order to confirm Inclan Martinez has been released.

(3)     The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close the case.

**DONE AND ORDERED** in Fort Myers, Florida on June 18, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record